IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: DEBORAH HAYES | * | CASE NO.: 05-38933 |
| | * | CHAPTER 13 |
| | * | JUDGE: WALDRON |
| | * | **DEBTOR'S MOTION FOR UNCLAIMED FUNDS WITH** |
| | * | **NOTICE** |

_____

Now comes the Debtor, by and through counsel and hereby Moves this Court for an Order for the return of unclaimed funds belonging to the Debtor in the amount of $2,884.46 turned over by the Trustee and reported on Doc ## 54 and 55.

The Debtor's mailing address for the mailing of the check is:

    Ms. Deborah Hayes

    5646 Rowena Ave.

    Dayton, Ohio

20 DAY NOTICE

Any party interested in objecting to Debtor's Motion For Unclaimed Funds with Notice must file a written objection to the Motion with the Clerk, U.S. Bankruptcy Court 120 W. Third St., Dayton, Ohio 45402 and serve a copy of the same upon Tom O. Merritt, Attorney for Debtor, 219 S. Garber Dr., Tipp City, Ohio 45371 no later than 20 (twenty) days from the date of issuance of this notice.

If no objection is filed within the said 20 days the Court may take action without further notice.

**RESPECTFULLY SUBMITTED,**

 /s/ Tom O. Merritt_____

Tom O. Merritt, 0066661

**MERRITT LAW OFFICE**
219 South Garber Dr.
Tipp City, Ohio 45373
(937) 669-8020
(937) 669-8023
TMLO@AOL.COM
Attorney for Debtor

### **CERTIFICATE OF SERVICE**

 I hereby certify that a copy of the foregoing was served electronically upon Jeffrey M. Kellner, Chapter 13 Trustee, and the U.S. Trustee at the email addresses on file with the Court, and upon the Debtor, Deborah E. Hayes at 5646 Rowena Ave., Dayton, OH 45415, and U.S. Attorney (with attention to the Civil Process Clerk) at 200 W. Second St., Room 602, Dayton, Ohio 45402 by regular U.S. Mail, first class, postage prepaid on this on the date of filing thereof

/s/ Tom O. Merritt
Tom O. Merritt
Attorney for Debtor

###